PROB 22

E-FILING

**TRANSFER OF JURISDICTION**

| | |
|---|---|
| **DOCKET NUMBER** (Tran. Court) | 2:03CR 00458-01 |

**DOCKET NUMBER** (Rec. Court)

# CR 07 00720 JW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Patrick J. SAHLI<br>Carmel, California | Eastern District of California | Northern |

**NAME OF SENTENCING JUDGE**

William B. Shubb
United States District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>05/04/2007 | TO<br>05/03/2010 |
|---|---|---|

**OFFENSE**
18 USC 1341 - Mail Fraud; 18 USC 1341 Mail Fraud

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/17/2007
*Date*

*William B. Shubb*
*United States District Judge*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/05/07
*Effective Date*

*Ronald M. Whyte*
*United States District Judge*

CC:    United States Attorney
       FLU Unit-United States Attorney's Office
       Fiscal Clerk-Clerk's Office

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** FILED | | 05-CR-1453-002-DMS |
| 2007 OCT 17 P 3:42 | | DOCKET NUMBER *(Rec. Court)* |
| | | CR 07 00657 JF |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT<br>Southern California | DIVISION |
|---|---|---|
| Jacqueline Godinez-Magana<br>890 Prevost St.<br>San Jose, CA 95125 | RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CALIFORNIA | **FILED**<br>San Diego |
| | NAME OF SENTENCING JUDGE<br>Dana M. Sabraw | NOV 1 2007 |
| | DATES OF SUPERVISED<br>RELEASE | FROM CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>3-10-07    TO    3-15-09 DEPUTY |

| OFFENSE |
|---|
| 8 U.S.C. § 1324(a)(2)(B)(iii), Bringing in Illegal Aliens Without Presentation; and 18 U.S.C. § 2, Aiding and Abetting |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

11-01-07

By _____ Deputy

| *9-26-07* | |
|---|---|
| Date | Dana M. Sabraw<br>U.S. District Judge |

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

| OCT 15 2007 | _James Ware_ |
|---|---|
| Effective Date | United States District Judge |

lmb/lmb

no Copy Latter

```
FILED

MAY - 5 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

☐ AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| JACQUELINE GODINEZ-MAGANA (2) | Case Number: 05CR1453-DMS |
| | Jodi Thorp, FED DEF INC. |
| | Defendant's Attorney |

REGISTRATION NO. 97867198

☐

THE DEFENDANT:

☒ pleaded guilty to count(s)   8 of the Superseding Indictment

☐ was found guilty on count(s)

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1324(a)(2)(B)(iii) and 18 USC 2 | BRINGING IN ILLEGAL ALIEN WITHOUT PRESENTATION | 8S |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)   remaining   is ☐ are ☒ dismissed on the motion of the United States.

☒ Assessment: $ 100.00.

☒ Fine waived          ☐ Property forfeited pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

MAY 5, 2006
Date of Imposition of Sentence

I hereby attest and certify on  11-01-07
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
    CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

Entered Date: 5·8·06
                                    05CR1453-DMS

58 cag

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page    2    of    4

DEFENDANT: JACQUELINE GODINEZ-MAGANA (2)
CASE NUMBER: 05CR1453-DMS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

TWELVE (12) MONTHS AND ONE (1) DAY.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

    ☒ at   or before noon ____   ☐ a.m.   ☐ p.m.   on   June 8, 2006 ____ .

    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____   to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __4__

DEFENDANT: JACQUELINE GODINEZ-MAGANA (2)
CASE NUMBER: 05CR1453-DMS

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

TWO (2) YEARS.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than ____4____ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

05CR1453-DMS

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 3 — Continued 2 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT: JACQUELINE GODINEZ-MAGANA (2)
CASE NUMBER: 05CR1453-DMS

# SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[ ] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[x] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[x] Not enter or reside in the Republic of Mexico without written permission of the probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within         days.

[ ] Complete        hours of community service in a program approved by the probation officer within

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of                    , except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[ ] Comply with the conditions of the Home Confinement Program for a period of             months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

[ ] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

05CR1453-DMS

FiLED

05 SEP -7 PH 3: 37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2005 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. <u>05CR1453DMS</u> |
| Plaintiff, | I N D I C T M E N T<br>**(Superseding)** |
| v. | Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) – |
| RODNEY JUBILEE (1),<br>JACQUELINE GODINEZ-MAGANA (2), | Bringing in Illegal Aliens for<br>Financial Gain; |
| Defendants. | Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) – Bringing<br>in Illegal Aliens Without<br>Presentation; Title 18, U.S.C.,<br>Sec. 2 – Aiding and Abetting;<br>Title 18, U.S.C., Sec. 3147 –<br>Commission of Offense While on<br>Pretrial Release |

The grand jury charges:

<u>Count 1</u>

On or about August 5, 2005, within the Southern District of California, defendant RODNEY JUBILEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esther Ibarra Rodriguez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

CEGA:jam:San Diego
9/7/05

1                                    Count 2

2         On or about August 7, 2005, within the Southern District of

3    California, defendant RODNEY JUBILEE, with the intent to violate the

4    immigration laws of the United States, knowing and in reckless

5    disregard of the fact that an alien, namely, Benita Euroza-Barragan,

6    had not received prior official authorization to come to, enter and

7    reside in the United States, did bring to the United States said alien

8    for the purpose of commercial advantage and private financial gain;

9    in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii)

10   and Title 18, United States Code, Section 2.

11                                   Count 3

12        On or about August 12, 2005, within the Southern District of

13   California, defendant RODNEY JUBILEE, with the intent to violate the

14   immigration laws of the United States, knowing and in reckless

15   disregard of the fact that an alien, namely, America Hernandez-

16   Vasquez, had not received prior official authorization to come to,

17   enter and reside in the United States, did bring to the United States

18   said alien for the purpose of commercial advantage and private

19   financial gain; in violation of Title 8, United States Code,

20   Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

<u>Count 4</u>

On or about August 12, 2005, within the Southern District of California, defendant RODNEY JUBILEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, America Hernandez-Vasquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

<u>Count 5</u>

On or about August 12, 2005, within the Southern District of California, defendant RODNEY JUBILEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Belen Vargas-Salinas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

//
//
//
//
//
//

<u>Count 6</u>

On or about August 12, 2005, within the Southern District of California, defendant RODNEY JUBILEE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Belen Vargas-Salinas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

<u>Count 7</u>

On or about August 22, 2005, within the Southern District of California, defendants RODNEY JUBILEE and JACQUELINE GODINEZ-MAGANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marcial Rosales-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

//

//

//

//

//

4

## Count 8

On or about August 22, 2005, within the Southern District of California, defendants RODNEY JUBILEE and JACQUELINE GODINEZ-MAGANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marcial Rosales-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

## PRETRIAL RELEASE ALLEGATION

It is further alleged that defendant RODNEY JUBILEE committed the offenses alleged in Counts 7-8 while he was on pretrial release for the offenses charged in Counts 1-6, and, therefore, is subject to an enhanced penalty for up to ten years' imprisonment, pursuant to Title 18, United States Code, Section 3147.

DATED: September 7, 2005.

A TRUE BILL:

_Slubitn_

Foreperson

CAROL C. LAM
United States Attorney

By: _Carl E.G. Arnold_

CARL E.G. ARNOLD
Assistant U.S. Attorney

I hereby attest and certify on  11-01-07
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-01453-DMS All Defendants
## Internal Use Only

Case title: USA v. Jubilee, et al
Magistrate judge case numbers: 3:05-mj-01291
3:05-mj-01338

Date Filed: 08/24/2005
Date Terminated: 11/30/2006

Assigned to: Judge Dana M Sabraw

**Defendant**

**Rodney Jubilee** (1)
*TERMINATED: 11/30/2006*

represented by **Norma A Aguilar**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101
(619)234-8467
Fax: (619)687-2666
Email: norma_aguilar@fd.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

8:1324(a)(2)(B)(iii) -
Bringing in illegal aliens

**Disposition**

Custody of Bureau of Prisons

without presentation; 18:2 -
Aiding and abetting; 18:3147
- Commission of offense
while on pretrial release
(8s)

for 57 months, followed by 3
years supervised release. No
fine. $100 Penalty
assessment.

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**

**Disposition**

8:1324(a)(2)(B)(ii) - Bringing
in illegal aliens for financial
gain; 18:2 - Aiding and
abetting
(1)

Dismissed on oral motion of
Govt

8:1324(a)(2)(B)(ii) - Bringing
in illegal aliens for financial
gain; 18:2 - Aiding and
abetting
(1s)

Dismissed on oral motion of
Govt

8:1324(a)(2)(B)(ii) - Bringing
in illegal aliens for financial
gain; 18:2 - Aiding and
abetting
(2)

Dismissed on oral motion of
Govt

8:1324(a)(2)(B)(ii) - Bringing
in illegal aliens for financial
gain; 18:2 - Aiding and
abetting
(2s)

Dismissed on oral motion of
Govt

8:1324(a)(2)(B)(ii) - Bringing
in illegal aliens for financial
gain; 18:2 - Aiding and
abetting

Dismissed on oral motion of
Govt

(3)
8:1324(a)(2)(B)(ii) - Bringing
in illegal aliens for financial
gain; 18:2 - Aiding and
abetting                                          Dismissed on oral motion of
                                                  Govt
(3s)
8:1324(a)(2)(B)(iii) -
Bringing in illegal aliens
without presentation; 18:2 -                      Dismissed on oral motion of
Aiding and abetting                               Govt
(4)
8:1324(a)(2)(B)(iii) -Bringing
in illegal aliens without
presentation; 18:2 - Aiding                       Dismissed on oral motion of
and abetting                                      Govt
(4s)
8:1324(a)(2)(B)(ii) - Bringing
in illegal aliens for financial
gain; 18:2 - Aiding and                           Dismissed on oral motion of
abetting                                          Govt
(5)
8:1324(a)(2)(B)(ii) - Bringing
in illegal aliens for financial
gain; 18:2 - Aiding and                           Dismissed on oral motion of
abetting                                          Govt
(5s)
8:1324(a)(2)(B)(iii) -
Bringing in illegal aliens
without presentation; 18:2 -                      Dismissed on oral motion of
Aiding and abetting                               Govt
(6)
8:1324(a)(2)(B)(iii) -
Bringing in illegal aliens
without presentation; 18:2 -                      Dismissed on oral motion of
Aiding and abetting                               Govt
(6s)

8:1324(a)(2)(B)(ii) - Bringing
in illegal aliens for financial
gain; 18:2 - Aiding and
abetting; 18:3147 -
Commission of offense while
on pretrial release
(7s)

Dismissed on oral motion of
Govt

## Highest Offense Level (Terminated)

Felony

## Complaints

8:1324(a)(2)(B)(iii) -
Bringing in alien(s) without
presentation [ 3:05-m -1338 ]

## Disposition

---

Assigned to: Judge Dana M
Sabraw

## Defendant

**Jacqueline Godinez-Magana** (2)
*TERMINATED: 05/05/2006*

represented by **Federal Defenders**
Federal Defenders of San
Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 05/05/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Public Defender*
*or Community Defender*

*Appointment*

## Pending Counts

8:1324(a)(2)(B)(iii) -
Bringing in illegal aliens
without presentation; 18:2 -
Aiding and abetting
(8)

## Disposition

Dft committed to custody of
BOP for 12 mos and 1 day,
sup release for 2 yrs, no fine,
$100 P/A

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts

8:1324(a)(2)(B)(ii) - Bringing
in illegal aliens for financial
gain; 18:2 - Aiding and
abetting
(7)

## Disposition

remaining cnt dismissed on
oral motion of AUSA

## Highest Offense Level
## (Terminated)

Felony

## Complaints

None

## Disposition

---

## Material Witness

**America Hernandez-
Vasquez**

represented by **James C Alvord**
Law Offices of James C
Alvord
405 South Main Street
Suite B

Fallbrook, CA 92028-2941
(760)728-1960
Fax: (760)728-1921
Email:
fallbrookjim@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

---

**Material Witness**

**Maria Belen Vargas-Salinas**   represented by   **James C Alvord**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

---

**Material Witness**

**Marcial Rosales-Gonzalez**   represented by   **Robert E Schroth, Jr**
Schroth and Schroth
2044 First Avenue
Suite 200
San Diego, CA 92101
(619)233-7521
Fax: (619)233-4516
Email:
robschrothesq@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

**Plaintiff**

**United States of America**    represented by **U S Attorney CR**
U S Attorneys Office
Southern District of
California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email:
Efile.dkt.gc2@usdoj.gov
*TERMINATED: 09/01/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Jennifer T Manion**
U S Attorneys Office
Southern District of
California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-7381
Email:
efile.dkt.gc1@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Assistant United*
*States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2005 | | DEFENDANT Rodney Jubilee arrested [ 3:05-m - 1291 ] (cag) (Entered: 09/09/2005) |
| 08/15/2005 | 1 | COMPLAINT filed against defendant Rodney Jubilee, signed by Magistrate Judge Anthony J. Battaglia [ 3:05-m -1291 ] (cag) (Entered: 09/09/2005) |
| 08/15/2005 | 2 | Enter Order by Magistrate Judge Anthony J. Battaglia; first appearance of Rodney Jubilee on complaint, FD s/a, Attorney Norma A Aguilar appointed ; dft Rodney Jubilee informed of charges ; mat wits arraigned, Atty James C. Alvord appointed for mat wits America Hernandez-Vasquez, Maria Belen Vargas-Salinas; $35,000 P/S set for Rodney Jubilee , dft shall be released today if bond is posted by 8/25/05, dft to enter into Next Step Program by 8/16/05, submit to treatment/testing as directed by PTS and collect belongings from aunt and uncle; mat wit bail set at $5,000 P/S w/ 10 percent cash deposit, mat wit must be able to legally remain in US w/ supervision of PTS; preliminary hrg set for 1:30 8/25/05 for dft Rodney Jubilee before Mag Judge Battaglia; Court Reporter: AJB05-1:2440-5130, 5342-5857; 2:943-1703 [ 3:05-m -1291 ] (cag) (Entered: 09/09/2005) |
| 08/15/2005 | 3 | BOND ($35,000 P/S) by Rodney Jubilee signed by dft and Judge Anthony J. Battaglia; abstract issued to USM [ 3:05-m -1291 ] (cag) (Entered: 09/09/2005) |
| 08/15/2005 | 4 | FINANCIAL AFFIDAVIT by defendant Rodney Jubilee [ 3:05-m -1291 ] (cag) (Entered: 09/09/2005) |
| 08/15/2005 | 5 | ORDER by Magistrate Judge Anthony J. Battaglia setting conditions of release for Rodney Jubilee [ 3:05-m -1291 ] (cag) (Entered: 09/09/2005) |
| 08/19/2005 | 6 | PRETRIAL SERVICES OSC by Magistrate Judge Anthony J. Battaglia for no bail bench warrant as to |

| | | Rodney Jubilee [ 3:05-m -1291 ] (cag) (Entered: 09/09/2005) |
|---|---|---|
| 08/22/2005 | 7 | Warrant issued as to Rodney Jubilee [ 3:05-m -1291 ] (cag) (Entered: 09/09/2005) |
| 08/22/2005 | | DEFENDANT Rodney Jubilee, Jacqueline Godinez-Magana arrested [ 3:05-m -1338 ] (cag) (Entered: 09/15/2005) |
| 08/22/2005 | | DEFENDANT Jacqueline Godinez-Magana arrested (cag) (Entered: 09/15/2005) |
| 08/23/2005 | 8 | Warrant (amended) as to Rodney Jubilee [ 3:05-m -1291 ] (cag) (Entered: 09/09/2005) |
| 08/23/2005 | 1 | COMPLAINT against defendant Rodney Jubilee, defendant Jacqueline Godinez-Magana, signed by Magistrate Judge Nita L. Stormes [ 3:05-m -1338 ] (cag) (Entered: 09/15/2005) |
| 08/24/2005 | 9 | INDICTMENT by USA filed against Rodney Jubilee (1) counts 1, 2, 3, 4, 5, 6. Any XT1 excludable that extends beyond the indictment date is terminated at the point of indictment. (cag) (Entered: 09/09/2005) |
| 08/24/2005 | 13 | Minutes: Enter Order by Magistrate Judge Nita L. Stormes; dft Rodney Jubilee arraigned on pretrial OSC; dft denies allegations; atty present ; status hrg re pretrial release violation set for 1:30 8/30/05 before Mag Judge Battaglia (hrg vacated on Minute Order dated 8/25/05); no bail set. Court Reporter: NLS05-1:910-1199 (cag) (Entered: 09/09/2005) |
| 08/24/2005 | 2 | Enter Order by Magistrate Judge Nita L. Stormes; first appearance of Rodney Jubilee, Jacqueline Godinez-Magana on complaint, FD s/a for Rodney Jubilee, Atty Norma A Aguilar appointed for Rodney Jubilee, FD appointed for Jacqueline Godinez-Magana ; Dft Rodney Jubilee, Jacqueline Godinez-Magana informed of charges , $20,000 P/S set for Jacqueline Godinez- |

| | | |
|---|---:|---|
| | | Magana , USA oral motion for detention (flight/danger) as to defendant Rodney Jubilee , preliminary hrg set for 9:00 9/8/05 for Rodney Jubilee, Jacqueline Godinez-Magana before Mag Judge Nita Stormes, detention hrg set for 9:00 8/30/05 for Rodney Jubilee before Mag Judge Nita Stormes; Atty Robert E. Schroth, Jr. appointed for Mat Wit Marcial Rosales-Gonzalez, mat wit arraigned and bail set at $5,000 P/S w/ 10% cash deposit, pretrial supervision, mat wit must be able to legally remain in the US. Court Reporter: NLS05-1:1400-1900, 2147-2175, 3498-3789 [ 3:05-m -1338 ] (cag) (Entered: 09/15/2005) |
| 08/24/2005 | 3 | ORDER by Magistrate Judge Nita L. Stormes setting conditions of release for Jacqueline Godinez-Magana (cag) (Entered: 09/15/2005) |
| 08/24/2005 | 4 | FINANCIAL AFFIDAVIT by defendant Jacqueline Godinez-Magana (cag) (Entered: 09/15/2005) |
| 08/25/2005 | 10 | PRETRIAL SERVICES OSC by Magistrate Judge Anthony J. Battaglia requesting OSC hrg on 8/25/05 at 1:30 as to Rodney Jubilee (cag) (Entered: 09/09/2005) |
| 08/25/2005 | 11 | Minutes: Enter Order by Magistrate Judge Anthony J. Battaglia; dft Rodney Jubilee arraigned on indictment; not guilty plea entered; Atty present ; motion hrg/trial setting set for 11:00 9/30/05 for Rodney Jubilee before Judge Dana M. Sabraw; motion hrg for mat wit videotape depos set for 1:30 9/13/05 before Mag Judge Anthony Battaglia ; amd petition for ptrl release violation held in abeyance due to dft's stip to remain in custody, dft to be held in custody w/o bail; status hrg re OSC on 8/30/05 at 1:30 before Mag Judge Battaglia vacated. Court Reporter: AJB05-1:2400-2690 (cag) (Entered: 09/09/2005) |
| 08/25/2005 | 12 | MATERIAL WITNESS BOND set at $5,000 P/S w/10 percent cash deposit, M/W must be able to legally remain in the U.S. by Maria Belen Vargas- |

| | | |
|---|---|---|
| | | Salinas signed by Magistrate Judge Anthony J. Battaglia; abstract issued to USM (cag) (Entered: 09/09/2005) |
| 08/30/2005 | 5 | Minutes: Enter Order by Magistrate Judge Nita L. Stormes; mat wit atty Robert Schroth, Jr. n/a, dft Jodney Jubilee n/a due to unavailability; detention hrg cont to 9:00 9/8/05 for Rodney Jubilee before Mag Judge Nita Stormes , XM re unavailability of dft from 8/30/05 to 9/8/05 as to Rodney Jubilee ; Court Reporter: NLS05-1:1139-1250 [ 3:05-m -1338 ] (cag) (Entered: 09/15/2005) |
| 08/31/2005 | 14 | Warrant returned unexecuted for Rodney Jubilee (cag) (Entered: 09/09/2005) |
| 08/31/2005 | 15 | Warrant returned executed as to Rodney Jubilee 8/22/05 (cag) (Entered: 09/09/2005) |
| 09/02/2005 | 16 | MATERIAL WITNESS BOND set at $5,000 P/S w/10 percent cash deposit, M/W must be able to legally remain in the U.S. by America Hernandez-Vasquez signed by Magistrate Judge Anthony J. Battaglia abstract issued to USM (cag) (Entered: 09/09/2005) |
| 09/07/2005 | 17 | SUPERSEDING indictment filed as to Rodney Jubilee (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, Jacqueline Godinez-Magana (2) count(s) 7, 8 (cag) (Entered: 09/12/2005) |
| 09/07/2005 | | (Court only) Terminate Complaint (Utility Event) Rodney Jubilee (1) count(s) cmp (cag) (Entered: 09/15/2005) |
| 09/08/2005 | 18 | Minutes: Enter Order by Magistrate Judge Nita L. Stormes; preliminary hrg and detention hrg not held as to Rodney Jubilee, dft n/a; dft Jacqueline Godinez-Magana arraigned on superseding indictment; not guilty plea entered ; detention hearing/status hrg set for 9:00 9/20/05 for Rodney Jubilee before Mag Judge |

| | | |
|---|---|---|
| | | Nita Stormes; motion hearing set for 11:00 10/14/05 for Jacqueline Godinez-Magana before Judge Dana M. Sabraw , XM re unavailability of dft from 9/8/05 to 9/20/05 as to Rodney Jubilee ; Court Reporter: NLS05-1:1850-2352 (cag) (Entered: 09/15/2005) |
| 09/09/2005 | 19 | NOTICE of hearing; on Ct's own motion, hrg on mat wit's motion for videotape depos on 9/13/05 at 1:30 is vacated due to posting of mat wit bond; counsel telephonically notified by mat wit counsel (cag) (Entered: 09/15/2005) |
| 09/12/2005 | 20 | RESPONSE and opposition by Rodney Jubilee to depos motion (cag) (Entered: 09/15/2005) |
| 09/12/2005 | 21 | DECLARATION of counsel for dft Rodney Jubilee in support of [20-1] (cag) (Entered: 09/15/2005) |
| 09/15/2005 | 22 | Application Shortening Time to hear the motion to conduct Videotape Deposition of a Material Witness and ORDER by Magistrate Judge Nita L. Stormes: the motion shall heard on 09/27/05 at 9:00 a.m. (dkt clerk) (Entered: 09/16/2005) |
| 09/15/2005 | 23 | Notice of Motion and Motion for material witness videotaped deposition by Marcial Rosales-Gonzalez; motion hrg set for 09/27/05 at 9:00 a.m. (dkt clerk) (Entered: 09/16/2005) |
| 09/15/2005 | 24 | MEMORANDUM by material witness Marcial Rosales-Gonzalez in support of [23-1] (dkt clerk) (Entered: 09/16/2005) |
| 09/15/2005 | 25 | DECLARATION of Robert E. Schroth in support of material witness motion for a videotape deposition [23-1]. (dkt clerk) (Entered: 09/16/2005) |
| 09/16/2005 | 26 | Notice of Motion and Motion by Rodney Jubilee to suppress statements , to preserve evidence , produce discovery , grant leave to file further motions motion hrg set for 09/30/05 at 11:00 a.m. (dkt clerk) (Entered: |

| | | 09/19/2005) |
|---|---|---|
| 09/16/2005 | 27 | MEMORANDUM by defendant Rodney Jubilee in support of [26-1], of [26-2], of [26-3], of [26-4] (dkt clerk) (Entered: 09/19/2005) |
| 09/20/2005 | 28 | Minutes: Enter Order by Magistrate Judge Nita L. Stormes; dft n/a, in hospital; status and detention hrg not held; detention and status hrgs cont to 9:00 9/27/05 for Rodney Jubilee before Mag Judge Nita Stormes , XM re unavailability of dft from 9/20/05 to 9/27/05 as to Rodney Jubilee ; Court Reporter: NLS05-1:0-109 (cag) (Entered: 09/21/2005) |
| 09/23/2005 | 29 | RESPONSE and opposition by USA to motion to suppress statements [26-1], motion to preserve evidence [26-2], motion produce discovery [26-3], motion grant leave to file further motions [26-4] (cag) (Entered: 09/26/2005) |
| 09/23/2005 | 29 | Motion for reciprocal discovery by USA; motion hrg set for 9/30/05 at 11:00 (cag) (Entered: 09/26/2005) |
| 09/27/2005 | 30 | Minutes: Enter Order by Magistrate Judge Nita L. Stormes; mat wit atty Robert Schroth present; dft Rodney Jubilee n/a, status and detention hrg not held; detention hrg and status hrg cont to 9:00 10/13/05 for Rodney Jubilee before Mag Judge Nita Stormes , XM re unavailability of dft from 9/27/05 to 10/13/04 as to Rodney Jubilee ; motion for mat wit video depos withdrawn by counsel, bond for release of mat wit filed and signed by CT, order for release of mat wit to USM. Court Reporter: NLS05-1:193-405 (cag) (Entered: 09/27/2005) |
| 09/27/2005 | 31 | MATERIAL WITNESS BOND set at $5,000 P/S w/10 percent cash deposit, M/W must be able to legally remain in the U.S. by Marcial Rosales-Gonzalez signed by Magistrate Judge Nita L. Stormes abstract issued to USM (dkt clerk) (Entered: |

| | | 09/28/2005) |
|---|---|---|
| 09/27/2005 | 32 | BOND ( $20,000 P/S) by Jacqueline Godinez-Magana signed by Judge Nita L. Stormes ; abstract issued to USM (dkt clerk) (Entered: 09/28/2005) |
| 09/30/2005 | 33 | Minutes: Enter Order by Judge Dana M. Sabraw; dft Rodney Jubilee is not in custody due to a new case LC , dft Rodney Jubilee arraigned on superseding indictment; not guilty plea entered; Atty present ; motion hrg/trial setting cont to 11:00 11/4/05 for Rodney Jubilee before Judge Dana M. Sabraw ; Court Reporter: L. Pence (cag) (Entered: 10/03/2005) |
| 09/30/2005 | 34 | Notice of Motions and Motions by Jacqueline Godinez-Magana to preclude govt from proceeding under an aiding and abetting theory , to dismiss or compel election between duplicitous cnts of indictment , to preserve evidence , to compel production of discovery , to dismiss indictment because Grand Jury was misinstructed , to suppress stmts , to suppress evidence , to leave to file further motions ; motion hrg set for 10/14/05 at 11:00 (cag) (Entered: 10/04/2005) |
| 09/30/2005 | 35 | MEMORANDUM by Jacqueline Godinez-Magana in support of [34-1], of [34-2], of [34-3], of [34-4], of [34-5], of [34-6], of [34-7], of [34-8] (cag) (Entered: 10/04/2005) |
| 10/11/2005 | 36 | STIPULATION and order by Judge Dana M. Sabraw; motion hrg/trial setting cont to 11:00 11/4/05 for Jacqueline Godinez-Magana before Judge Dana M. Sabraw (cag) (Entered: 10/11/2005) |
| 10/13/2005 | 37 | Minutes: Enter Order by Magistrate Judge Nita L. Stormes status/detention hearing not held ; dft stipulates to detention; govt submits Order of Detention; Court orders that dft is to remain in custody and sign's the Order of Detention; Court Reporter: |

| | | |
|---|---|---|
| | | NLS05-2:24-66 (dkt clerk) (Entered: 10/14/2005) |
| 10/13/2005 | 38 | ORDER of Detention of Rodney Jubilee pending Trial by Magistrate Judge Nita L. Stormes (dkt clerk) (Entered: 10/14/2005) |
| 11/04/2005 | 39 | Minutes: Enter Order by Judge Dana M. Sabraw; oral motion of both dfts for criminal history report from PO granted; motion hrg/trial setting or disposition hearing set for 11:00 1/13/06 for Rodney Jubilee, for Jacqueline Godinez-Magana before Judge Dana M. Sabraw ; dft Jacqueline Godinez-Magana's oral motion to modify pretrial release to allow travel to No. Dist of CA for Thanksgiving and to Mexico for Christmas (no obj from PTS or govt) granted, acknowledgment of surety must be filed by defense, dft to notify PTS of travel as directed. Court Reporter: L. Pence (cag) (Entered: 11/07/2005) |
| 12/13/2005 | 40 | STIPULATION to modify conditions of pretrial release as to defendant Jacqueline Godinez-Magana (cag) (Entered: 12/14/2005) |
| 12/13/2005 | 41 | ORDER by Judge Dana M. Sabraw; pursuant to stipulation [40-1], pretrial release conditions of dft Jaqueline Godinez-Magana modified to allow travel to Mexico for the Christmas holiday, dft Jaqueline Godinez-Magana allowed to reside in Fresno, CA after 1/1/06, modifications conditioned upon dft informing pretrial release officer of travel and address where she will be staying and address of her new residence (cc: PTS) (cag) Modified on 12/16/2005 (Entered: 12/14/2005) |
| 12/20/2005 | 42 | BOND DOCUMENT by defendant Jacqueline Godinez-Magana: agreement of sureties to modify conditions of pretrial release (cag) (Entered: 12/21/2005) |
| 01/13/2006 | 43 | PLEA Agreement as to Jacqueline Godinez-Magana |

| | | (cag) (Entered: 01/18/2006) |
|---|---|---|
| 01/13/2006 | 44 | Minutes: Enter Order by Judge Dana M. Sabraw; dft Rodney Jubilee's oral request to cont granted; dft Jacqueline Godinez-Magana enters plea of guilty to cnt 8 of superseding indictment, dft referred for PSR, pending motions withdrawn, XE re pretrial motions from 9/30/05 to 1/13/06 as to Jacqueline Godinez-Magana; motions/dispo hearing cont to 11:00 2/3/06 for Rodney Jubilee before Judge Dana M. Sabraw; PO report and sentencing set for 9:00 4/7/06 for Jacqueline Godinez-Magana before Judge Dana M. Sabraw ; dft Jacqueline Godinez-Magana's oral request to modify terms of pretrial release granted, dft may reside in San Jose (instead of Fresno), dft may travel to Mexico to visit her mother w/ prior permission of PTO; Court Reporter: L. Pence (cag) (Entered: 01/18/2006) |
| 01/13/2006 | | (Court only) Docket Modification (Utility Event) Jacqueline Godinez-Magana (2) enters guilty plea to cnt 8 of superseding indictment (cag) (Entered: 01/18/2006) |
| 02/03/2006 | 45 | Minutes: Enter Order by Judge Dana M. Sabraw; dispo hrg not held, motion hearing held and cont'd to 11:00 3/17/06 for Rodney Jubilee before Judge Dana M. Sabraw, Motion in limine hearing set for 11:00 3/17/06 for Rodney Jubilee before Judge Dana M. Sabraw, jury trial set for 9:00 3/20/06 for Rodney Jubilee before Judge Dana M. Sabraw ; Court Reporter: L. Pence (cag) (Entered: 02/06/2006) |
| 02/03/2006 | | (Court only) Docket Modification (Utility Event) disposition hearing not held (cag) (Entered: 02/08/2006) |
| 03/10/2006 | 46 | TRIAL Memorandum by plaintiff USA (gac) (Entered: 03/13/2006) |
| | | |

| 03/14/2006 | 47 | CONSENT to plea before Magistrate Judge Barbara L. Major by Rodney Jubilee (cag) (Entered: 03/15/2006) |
|---|---|---|
| 03/14/2006 | 48 | PLEA Agreement as to Rodney Jubilee (cag) (Entered: 03/15/2006) |
| 03/14/2006 | 49 | Minutes: Enter Order by Magistrate Judge Barbara L. Major; dispo hrg held; Filed plea agreement. Change of plea. Dft tenders a plea of guilty to cnt 8 of superseding indictment. Referred to probation for PSR. Accept plea/PO rpt and sent set for 6/2/06 at 9:00 before Judge Dana M. Sabraw as to Rodney Jubilee ; all pending motions withdrawn, all pending dates vacated; XE re pretrial motions from 9/16/05 to 3/14/06 as to Rodney Jubilee; X7 re proposed plea agreement from 3/14/06 to 6/2/06 as to Rodney Jubilee , XT1 re cont - tendered a guilty plea from 3/14/06 to 6/2/06 as to Rodney Jubilee ; Court Reporter: BLM06-1:173-1292 (cag) (Entered: 03/15/2006) |
| 03/14/2006 | 50 | FINDINGS and Recommendation by Magistrate Judge Barbara L. Major as to defendant Rodney Jubilee: Recommending that the dist judge accept the dft's plea of guilty. Obj must be filed w/in 14 days of the date of this order. Accept plea/PO rpt & sent set for 9:00 6/2/06 for Rodney Jubilee before Judge Dana M. Sabraw (cag) (Entered: 03/15/2006) |
| 04/03/2006 | 51 | SENTENCING DOCUMENT by defendant Jacqueline Godinez-Magana : sentencing memo (cag) (Entered: 04/04/2006) |
| 04/06/2006 | 52 | STIPULATION to cont sentencing hrg as to defendant Jacqueline Godinez-Magana (cag) (Entered: 04/07/2006) |
| 04/06/2006 | 53 | ORDER by Judge Dana M. Sabraw; PO report and sentencing cont to 9:00 5/5/06 for Jacqueline Godinez-Magana before Judge Dana M. Sabraw (cag) (Entered: |

| | | 04/07/2006 |
|---|---|---|
| 04/07/2006 | 54 | Acknowledgement of next court date by defendant Jacqueline Godinez-Magana on 5/5/06 at 9:00 for sentencing (cag) (Entered: 04/10/2006) |
| 04/20/2006 | 55 | SENTENCING DOCUMENT by plaintiff USA : response and opposition to dft's motion for downward departure (cag) (Entered: 04/20/2006) |
| 04/24/2006 | 56 | SENTENCING DOCUMENT by plaintiff USA : response and opposition to dft Jacqueline Godinez-Magana's motion for downward departure (cag) (Entered: 04/25/2006) |
| 05/05/2006 | 57 | Minutes: Enter Order by Judge Dana M. Sabraw; hrg held; sentencing Jacqueline Godinez-Magana (2) on cnt 8. Dft committed to custody of BOP for 12 mos and 1 day, sup release for 2 yrs, no fine, $100 P/A; terminating defendant Jacqueline Godinez-Magana , remaining cnt dismissed on oral motion of AUSA , dft to self-surrender not later than 6/8/06 at 12:00 noon, self surr/bond exoneration hrg set for 9:00 6/9/06 for Jacqueline Godinez-Magana before Judge Dana M. Sabraw ; Court Reporter: L. Pence (cag) (Entered: 05/08/2006) |
| 05/05/2006 | 58 | JUDGMENT and Commitment issued to U.S. Marshal for Jacqueline Godinez-Magana by Judge Dana M. Sabraw (cag) (Entered: 05/08/2006) |
| 06/02/2006 | 59 | Minutes: Enter Order by Judge Dana M. Sabraw; dft Rodney Jubilee's oral req to cont granted, accept plea/PO rpt & sent cont to 9:00 6/16/06 for Rodney Jubilee before Judge Dana M. Sabraw , referred to Mag Judge if a hrg re counsel is needed; Court Reporter: L. Pence (cag) (Entered: 06/05/2006) |
| 06/09/2006 | 60 | Minutes: Enter Order by Judge Dana M. Sabraw; hrg off calendar; Ct has verified through USM that Defendant Jacqueline Godinez-Magana self |

| | | |
|---|---|---|
| | | surrendered to FIC Phoenix on 6/8/06 (LC) , bond exonerated as to defendant Jacqueline Godinez-Magana ; Court Reporter: n/a (cag) (Entered: 06/12/2006) |
| 06/16/2006 | 61 | Minutes: Enter Order by Judge Dana M. Sabraw; dft's oral motion for psych eval granted, counsel to order re evaluation; competency hearing set for 11:00 8/4/06 for Rodney Jubilee before Judge Dana M. Sabraw ; XA re mental or physical incapacity from 6/16/06 to 8/4/06 as to Rodney Jubilee ; Court Reporter: L. Pence (cag) (Entered: 06/19/2006) |
| 08/04/2006 | 62 | Minutes: Enter Order by Judge Dana M. Sabraw: joint oral request to continue-granted, competency hearing continued to 11:00 9/15/06 for Rodney Jubilee before Judge Dana M. Sabraw ; AUSA to prepare order; Court Reporter: LeeAnn Pence (agp) (Entered: 08/07/2006) |
| 08/04/2006 | | (Court only) Docket Modification (Utility Event): XA mental or physical incapacity from 08/04/06 to 09/15/06 as to Rodney Jubilee (agp) (Entered: 08/09/2006) |
| 08/11/2006 | 63 | MEDICAL EXAM ORDER appointing psychiatrist pursuant to title 18 U.S.C. 4241 for examination to determine present mental competency by Judge Dana M. Sabraw as to defendant Rodney Jubilee " (agp) (Entered: 08/17/2006) |
| 08/30/2006 | 64 | BOND EXONERATING ORDER by Judge Dana M. Sabraw as to Material Witness America Hernandez-Vasquez, Material Witness Maria Belen Vargas-Salinas; and the $1,000.00 total ($500.00 per witness) deposited with the Clerk Cashier be returned to Manuel Araujo Vargas (agp) (Entered: 08/30/2006) |
| 09/01/2006 | 65 | (Court only) Attorney Designation: Added attorney Jennifer T Manion for United States of America. |

| | | |
|---|---|---|
| | | Attorney U S Attorney CR terminated. (nsp) (Entered: 09/10/2006) |
| 09/08/2006 | ●66 | ORDER that the bond posed with this court and deposited with the Clerk of the Court to secure the presence of material witness America Hernandez-Vazques in this matter shall be exonerated and the $500.00 deposited with the Clerk Cashier be returned to Ignacio Espinoza Zamora. Signed by Judge Dana M. Sabraw on 09/08/06. (agp, ) (Entered: 09/11/2006) |
| 09/15/2006 | ●67 | Minute Entry for proceedings held before Judge Dana M. Sabraw :Competency Hearing as to Rodney Jubilee held on 9/15/2006, and continued to 10/27/2006 11:00 AM in Courtroom 10 before Judge Dana M. Sabraw. Excludable (XA) 9/15/06 to 10/27/06.(Court Reporter LeeAnn Pence).(Plaintiff Attorney Jennifer Manion AUSA).(Defendant Attorney Ellis Johnston FD S/A for Norma Aguilar). (jak) (Entered: 09/18/2006) |
| 09/20/2006 | ●68 | ORDER appointing psychiatrist pursuant to 18 U.S.C. 4241 for examination to determine present mental competency as to Rodney Jubilee, General Order 514 . Signed by Judge Dana M. Sabraw on 09/19/06. (agp) (Entered: 09/20/2006) |
| 10/19/2006 | ●69 | NOTICE OF ATTORNEY APPEARANCE Jennifer T Manion appearing for USA. (Manion, Jennifer) (Entered: 10/19/2006) |
| 10/27/2006 | ●70 | Minute Entry for proceedings held before Judge Dana M. Sabraw:Competency Hearing as to Rodney Jubilee held on 10/27/2006. Court finds defendant competent. Court accepts Guilty Plea previously tendered by Rodney Jubilee (1), Guilty Count 8s. Sentence With Probation Office Report set for 12/1/2006 09:00 AM in Courtroom 10 before Judge Dana M. Sabraw. (Court Reporter LeeAnn Pence).(Plaintiff Attorney Jennifer T. Manion AUSA).(Defendant Attorney Norma A Aguilar CJA). (jak) (Entered: 10/27/2006) |

| 11/20/2006 | ●71 | NOTICE OF HEARING as to Defendant Rodney Jubilee. On Court's own motion, Sentence With Probation Office Report set for 12/1/06 is hereby reset to 11/30/2006 09:00 AM in Courtroom 10 before Judge Dana M. Sabraw. (jak) (Entered: 11/20/2006) |
| --- | --- | --- |
| 11/27/2006 | ●72 | SENTENCING MEMORANDUM by Rodney Jubilee (Attachments: # 1 Proof of Service)(Aguilar, Norma) (Entered: 11/27/2006) |
| 11/30/2006 | ●73 | Minute Entry for proceedings held before Judge Dana M. Sabraw:P/O Report and Sentencing held on 11/30/2006 for Rodney Jubilee (1). Count 8s: Custody of Bureau of Prisons for 57 months, followed by 3 years supervised release. No fine. $100 Penalty assessment. Remaining counts dismissed on oral motion of Govt. (Court Reporter LeeAnn Pence). (Plaintiff Attorney Joseph Green AUSA).(Defendant Attorney Norma A Aguilar CJA). (jak) (Entered: 11/30/2006) |
| 11/30/2006 | ●74 | JUDGMENT as to Rodney Jubilee (1), Count(s) 1, 1s, 2, 2s, 3, 3s, 4, 4s, 5, 5s, 6, 6s, 7s, Dismissed on oral motion of Govt; Count(s) 8s, Custody of Bureau of Prisons for 57 months, followed by 3 years supervised release. No fine. $100 Penalty assessment. Signed by Judge Dana M. Sabraw on 11/30/06. (jxj) (Entered: 12/01/2006) |
| 11/01/2007 | ●75 | Probation Jurisdiction Transferred to the Nothern District of California as to Jacqueline Godinez-Magana. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jcj) (Entered: 11/01/2007) |

I hereby attest and certify on ___11-01-07___
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____Deputy