**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. CR 07-00720 JW |
| Plaintiff, | **ORDER REQUESTING GOVERNMENT'S RESPOND TO LETTER RECEIVED FROM ROBERT CHIACCO** |
| v. | |
| Patrick Sahli, | |
| Defendant. | |
| _____ / | |

The Court is in receipt of a letter from Robert Chiacco requesting payment of restitution imposed upon and collected from Defendant Patrick Sahli in CR 07-00720. (See attached.) The Court lacks sufficient information to properly address Mr. Chiacco's inquiry. Accordingly, the Court requests that the government files a response to Mr. Chiacco's letter to give the Court guidance. The government shall file a response within thirty (30) days of the date of this order.

Dated: March 28, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Susan Knight
U.S. Attorney's Office
3 150 Almaden Blvd., Suite 900
San Jose, CA 95113
4
Robert Chiacco
5 P.O. Box 644
Carmel, CA 93921
6

7
**Dated:  March 28, 2008**                                              **Richard W. Wieking, Clerk**
8

9                                                                                      **By:   /s/ JW Chambers**
                                                                                                **Elizabeth Garcia**
10                                                                                              **Courtroom Deputy**